JOHN R. McDONALD, as Executor of HENRY A. McDONALD, Deceased, Respondent, *v.* MANUFACTURERS TRUST COMPANY, Appellant.

Argued March 1, 1955; decided April 28, 1955.

*Stephen P. Duggan, Jr., William J. Granger* and *William J. Manning* for appellant.

*Joseph K. Guerin* and *Maxwell Perlman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: DESMOND, DYE, FULD, FROESSEL and BURKE, JJ. CONWAY, Ch. J., and VAN VOORHIS, J., dissent and vote to reverse under subdivision 3 of section 134 of the Banking Law.